

LAW OFFICES
# CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
PATENTS, TRADEMARKS, COPYRIGHTS

| | | | | |
|---|---|---|---|---|
| ALAN H. BERNSTEIN | SCOTT M. SLOMOWITZ* | MICHAEL J. CORNELISON | COLLEEN R. BUTCHER | A. D. CAESAR (1901-1995) |
| STANLEY H. COHEN | MONA GUPTA | BRUCE J. CHASAN | DOUGLAS PANZER* | CHARLES RIVISE (1900-1951) |
| MANNY D. POKOTILOW | DAVID M. TENER | MARINA F. VOLIN* | | |
| BARRY A. STEIN | SALVATORE R. GUERRIERO* | MARC B. BASSLER | TECHNICAL ADVISOR | COUNSEL |
| MARTIN L. FAIGUS | JAMES J. KOZUCH | WILLIAM C. YOUNGBLOOD* | THOMAS J. CLARE | ALLAN H. FRIED, Ph.D |
| ERIC S. MARZLUF | WILLIAM J. CASTILLO** | DAVID B. GORNISH* | | |
| ROBERT S. SILVER | FRANK M. LINGUITI | NICHOLAS M. TINARI, JR.* | | * ALSO ADMITTED TO PRACTICE IN NJ |
| MICHAEL J. BERKOWITZ | GARY A. GREENE | JOSEPH F. MURPHY, Ph.D. | | † ALSO ADMITTED TO PRACTICE IN NY |

October 19, 2007

RECEIVED OCT 23 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**Via Hand Delivery**
Honorable Robert P. Patterson
U.S. District Court for the Southern
District of New York
500 Pearl Street – Room 2550
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

    Re:    Unigene Laboratories, Inc. and Upsher-Smith
           Laboratories, Inc. v. Apotex, Inc. and Apotex Corp.
    Sub:  Civil Action No. 06-CV-5571 RPP TKH
           Our Ref. No. A1047/40048

Dear Judge Patterson:

    Please find enclosed for filing DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY OF ASSERTEDLY PRIVILEGED DOCUMENTS BASED ON CRIME-FRAUD EXCEPTION. The enclosed document was not electronically filed and is sought to be filed under seal because it contains information which has been designated by the Plaintiff as "Highly Confidential" information.

    Defendants respectfully request that the Court accept the above document to be filed under seal.

                                        Respectfully yours,

                                        CAESAR, RIVISE, BERNSTEIN,
                                        COHEN & POKOTILOW, LTD.

                              By /s/ Manny Pokotilow
                                   Manny D. Pokotilow

MDP:mkj
Enc.

cc+enc: Joseph DeGirolamo, Esq. (via Federal Express)

*Handwritten annotation:* application granted. Defendants' Reply memorandum shall be filed under seal.
So ordered.
Robert P. Patterson
USDJ
10/23/07

---

11th Floor · Seven Penn Center · 1635 Market Street · Philadelphia, PA 19103-2212
Telephone: 215-567-2010 · Fax: 215-751-1142 · www.crbcp.com