UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNIGENE LABORATORIES, INC. AND
UPSHER-SMITH LABORATORIES, INC.,

                            Plaintiffs,

              - against -

APOTEX, INC. AND APOTEX CORP.

                            Defendants.
---------------------------------------------------------X

06 CV 5571 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

       Based on Morgan and Finnegan's letter of November 7, 2008, faxed on that date to Mr. Kozuch of the Caesar, Rivise firm, and having received no response thereto, Defendants are ordered to produce, by November 13, 2008, the information, that Defendants' experts Dr. Bernatowicz and Dr. Rao each considered in forming the opinions set forth in their respective expert reports and "the basis and reasons" for each opinion, as well as the "data or other information" considered by each witness in forming his opinions and "any exhibits that will be used to support or summarize them," including the requests set out in Morgan and Finnegan's letter of October 23, 2008 to Mr. Bassler of the Caesar, Rivise firm. Rule 26(a)(2)(B)(i), (ii), and (iii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: New York, New York
November 12, 2008

_____
Robert P. Patterson, Jr.
U.S.D.J.

Copies of this Order faxed to:

Morgan & Finnegan
ATTN: Sean Jackson, Esq.
3 World Financial Center
New York, NY 10281-2101
Fax:   212-415-8701

Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
Attn:   James Kozuch, Esq.
11th Floor, Seven Penn Center
1635 Market Street
Philadelphia, PA 19103-2212
Fax:   215-751-1142