```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIGENE LABORATORIES, INC. AND
UPSHER-SMITH LABORATORIES, INC.,

                Plaintiffs,

      - against -

APOTEX, INC. AND APOTEX CORP.

                Defendants.
------------------------------------------------------------X

06 CV 5571 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    Oral argument on Plaintiff's Motion to Exclude the Untimely Supplemental Expert Reports of Dr. Alexander M. Klibanov and Dr. Ashim K. Mitra in the above case will be held on Thursday, July 16, 2009, beginning at 9:30 a.m.

    IT IS SO ORDERED.

Dated:  New York, New York
          July 15, 2009

                                      Robert P. Patterson, Jr.
                                      U.S.D.J.

Copies of this Order faxed to:

Fitzpatrick, Cella, Harper & Scinto
Attn: Bruce Haas, Ginny Suh
30 Rockefeller Plaza
New York, NY 10112
Fax:   212-218-2100

Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
Attn:   James Kozuch, Marc Bassler
11th Floor, Seven Penn Center
1635 Market Street
Philadelphia, PA 19103-2212
Fax:   215-751-1142